# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2025

## NO. 03-24-00784-CV

**Sandra Lee Herrera, Bobby Martinez and Michelle Castro Barrera, Appellants**

**v.**

**Joe Mynar, as Executor of The Estate of Alvin Mynar, Deceased; and Martha McCaslin, as Assisting Executor of The Estate of Alvin Mynar, Deceased, Appellees**

**APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the final judgment signed by the trial court on August 27, 2024. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.